# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01634-REB-KMT

AARON JORDAN,

    Plaintiff,

v.

CHRISTOPHER SLOAN,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A.  Pursuant to the **Order to Dismiss in Part and to Draw Claims To District Judge and Magistrate Judge** [#7] entered by Senior Judge Lewis T. Babcock on August 3, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1.  Defendant Christopher Sloan, in his official capacity, is dismissed as a party to this action. However, Defendant Sloan remains as a Defendant in his individual or personal capacity.

B. Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#25] entered by Judge Robert E. Blackburn on May 29, 2013, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1.  That the objections stated in the plaintiff's objection [#22] filed March 21,2013,

are **OVERRULED**;

    2.  That the **Recommendation of United States Magistrate Judge** [#21] filed March 7, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

    3.  That the plaintiff's **Amended Complaint** [#5] filed February 7, 2013, is **DISMISSED WITHOUT PREJUDICE**; and

    3.  That **JUDGMENT IS ENTERED** in favor of defendant, Christopher Sloan against plaintiff, Aaron Jordan.

DATED at Denver, Colorado, this 31st day of May, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
     Edward P. Butler
     Deputy Clerk